Matter of Gee (2025 NY Slip Op 07364)

Matter of Gee

2025 NY Slip Op 07364

Decided on December 31, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 31, 2025

PM-293-25
[*1]In the Matter of Olivia Manette Gee, an Attorney. (Attorney Registration No. 5876909.)

Calendar Date:December 29, 2025

Before:Garry, P.J., Clark, Reynolds Fitzgerald, McShan and Powers, JJ.

Olivia Manette Gee, Oakland, California, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Olivia Manette Gee was admitted to practice by this Court in 2021 and lists a business address in Washington, DC with the Office of Court Administration. Gee now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) opposes the application by correspondence from its Deputy Chief Attorney.
As is noted by AGC, Gee is presently delinquent in her New York attorney registration requirements, having failed to register for the 2025-2026 biennial registration period (see Judiciary Law § 468-a; Rules of Chief Admr of Cts [22 NYCRR] § 118.1). Inasmuch as Gee is therefore subject to potential disciplinary action (see Judiciary Law § 468-a [5]; Rules of Prof Conduct [22 NYCRR 1200.0] rule 8.4 [d]; see also Matter of Attorneys in Violation of Judiciary Law § 468-a, 113 AD3d 1020, 1021 [3d Dept 2014]), she is ineligible for nondisciplinary resignation and her application must be denied (see Matter of Cluff, 148 AD3d 1346, 1346 [3d Dept 2017]; Matter of Bomba, 146 AD3d 1226, 1226-1227 [3d Dept 2017]). Further, any future application by Gee must be supported by proof of her full satisfaction of the requirements of Judiciary Law § 468-a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1 (see Matter of Frank, 146 AD3d 1228, 1228-1229 [3d Dept 2017]).
Garry, P.J., Clark, Reynolds Fitzgerald, McShan and Powers, JJ., concur.
ORDERED that Olivia Manette Gee's application for permission to resign is denied.